446 A.2d 598

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**William E. DUFFIELD, Respondent.**

**No. 247 Disciplinary Docket No. 1.**

Supreme Court of Pennsylvania.

Argued May 19, 1982.

Decided June 17, 1982.

Thomas R. Eddy, Pittsburgh, for respondent.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM:

Respondent is hereby suspended from the practice of law for a period of five years, retroactive to the date of the original suspension, April 21, 1980.

LARSEN, J., dissents and would accept the recommendation of the Disciplinary Board for the sanction of disbarment.